IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.  21-MJ-377STE |
| REYNALDO ENRIQUEZ III, | ) ) | Violation: 21 U.S.C. § 844 |
| Defendant. | ) ) | |

### INFORMATION

The United States Attorney charges:

On or about April 15, 2021, in Cotton County, in the Western District of Oklahoma, -------------------------------- REYNALDO ENRIQUEZ III -------------------------------- knowingly and intentionally possessed a controlled substance without a valid prescription, to-wit: heroin.

All in violation of Title 21, United States Code, Section 844.

ROBERT J. TROESTER
Acting United States Attorney

*Jessica L. Cardenas*

JESSICA L. CÁRDENAS
Assistant U.S. Attorney